

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> *[Handwritten note:]* The conf. is adjourned, action w/ excluded, to June 7, 2023, at 10:30 am.
> 5-2-23
> /s/ A.K. Hellerstein

Re:   *United States v. Lenny Pereyra*, 22 Cr. 677 (AKH)

Dear Judge Hellerstein:

The Government writes with respect to the status conference currently scheduled for May 4, 2023 in the above-captioned action. The parties have been engaging in productive discussions regarding the potential pre-trial resolution of this case and anticipate that they may reach an agreement in the coming weeks. Accordingly, the parties jointly request that the status conference be adjourned for 30 days to a date convenient for the Court.

The Government also requests that Speedy Trial time be excluded until the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Jerry Fang
Assistant United States Attorneys
Tel. 212-637-2584

cc: Defense Counsel (by ECF)