# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

June 5, 2023

Via ECF Filing
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, 14D
New York, NY 10007-1312

> *[Handwritten annotation:]* The PTC is adjourned and time is excluded until July 31, 2023 @ 10:30 a.m., in the interest of justice.
>
> Alvin K. Hellerstein
> 6/6/2023

Re: USA v. Lenny Pererya
Docket No. 1:22-CR-00677-AKH

Honorable Justice;

I, Dawn M. Florio, Esq., represents Lenny Pererya on the above instant matter that is dated June 7, 2023 @ 1030am for in-person status conference.

I am requesting a postponement of the status conference currently scheduled for June 7, 2023. I have been ordered to start a Murder Trial on People v. Hakiem Barrow in front of Honorable Justice Pickholtz. We have just begun the Jury Selection process today and this case is expected to last 4-5 weeks at most.

AUSA Jerry Fang consents to the request of adjourning Mr. Pererya's status conference for 60 days. I am asking for a date at the end of July or sometime thereafter. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Lenny Pererya*

CC:   All Counsel