

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 12, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The sentencing scheduled for March 19, 2024 is adjourned until May 6, 2024 at 10 a.m.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
March 13, 2024

Re:    *United States v. Pereyra*, 22 Cr. 677 (AKH)

Dear Judge Hellerstein:

    The Government writes with respect to the sentencing in this matter set for March 19, 2024. With consent of the defense, the Government respectfully requests that the Court adjourn sentencing by 45 days to enable the Government to complete its investigation as to certain matters germane to sentencing and to adequately prepare for sentencing.[1]

    The Government thanks the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Defense Counsel (by ECF)

---

[1] Should the Court require more information, the Government respectfully requests an opportunity to provide additional detail in an *ex parte* submission.