UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                         :
:                **SCHEDULING ORDER**
    -against-                                                    :
:                22 Cr. 677 (AKH)
LENNY PERERYA,                                        :
:
                              Defendant.          :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing scheduled for May 6, 2024 will begin at 9:30 a.m. in Courtroom 14D.

SO ORDERED.

Dated:    April 30, 2024
             New York, New York                    _____
                                                                ALVIN K. HELLERSTEIN
                                                                United States District Judge

1