**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

October 22, 2024

Crystal Polanco

Re:   USA v. Lenny Pereyra -- 22 Crim. 677 (AKH)

Dear Ms. Polanco:

Thank you for your letter of October 15, 2024.

A judge can do no more than recommend where a Defendant should serve. 18 U.S.C. § 3621(b) dictates that this matter remains under the jurisdiction of the Bureau of Prisons. Although I recommended in the Judgment that Mr. Pereyra serve at the Fort Dix Facility, ECF No. 33, there is no requirement that the Bureau of Prisons follow my recommendation.

Very truly yours,

Alvin K. Hellerstein